In the Matter of the Appraisal under the Estate Tax Law of the Estate of ABRAHAM SUDEROV, Deceased. STATE TAX COMMISSION, Appellant; BERNARD N. CANTOR and Others, as Executors, etc., of ABRAHAM SUDEROV, Deceased, Respondents.— In a proceeding instituted under the Tax Law, article 10-c, sections 249-m *et seq.*, for the appraisal of the estate of the decedent, order of the Surrogate's Court of Kings county affirming a *pro forma* order determining the net amount of the estate of said deceased and assessing the tax thereon, unanimously affirmed, with costs to the respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ. [156 Misc. 661.]